57.

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (T. Court) 95-24-01 |
|---|---|---|
| **CERTIFIED COPY** TRANSFER OF JURISDICTION | | DOCKET NUMBER (R. Court) CR- 1017 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Arthur Massei 25 Nichols Street Salem, MA 01970 | DISTRICT DISTRICT OF VERMONT | DIVISION Criminal |
| | NAME OF SENTENCING JUDGE Hon. J. Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/25/01 — TO 4/ 04 |

**OFFENSE**

Escape
18 U.S.C. § 751(a), 4082(a)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/10/01
Date

/s/ J. Garvan Murtha
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 22, 2001
Effective Date

/s/ William G. Young
United States District Judge

I hereby attest and certify on June 6, 2001 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: /s/ Lisa Bushey
Deputy Clerk

57.